July 2, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

BRIDGEWATER COMMUNITY ASSOCIATION, Appellant

NO. 14-14-00333-CV                    V.

DREW LEE GREEN, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Drew Lee Green, signed April 3, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Bridgewater Community Association, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.